## UNCLAIMED FUNDS

FILED
2010 JUN 30 PM 12:40

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON

JUNE 29, 2010

| | |
|---|---|
| 09-64599 | HAROLD W CURRY ✓<br>CREDITOR DID NOT CASH CHECK<br>CHECK #433819 FOR $1,494.36<br>FRANKLIN CREDIT MANAGEMENT<br>PO BOX 620444<br>INDIANAPOLIS, IN 46262-0444 |
| 05-67641 | RAYMOND ABLES ✓<br>DOROTHY ABLES<br>CREDITOR DID NOT CASH CHECK<br>CHECK #433818 FOR $32.17<br>AMERICAN PAYROLL ADVANCE<br>1207 CLAREMONT AVE<br>ASHLAND, OH 44805 |

```
      0 . *
  1,494.36+
     32.17+
  1,526.53*
```